UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C-09-4498 MHP

BMW FINANCIAL SERVICES NA., LLC,

Plaintiff(s),

vs.

FRIEDMAN & WEXLER, LLC,

Defendant(s).

**ORDER TO SHOW CAUSE RE JURISDICTION**

Plaintiff, BMW Financial Services, LLC, filed this action based upon this court's diversity jurisdiction. However, in reviewing the complaint the court notes that the allegations with respect to diversity are imperfect. The complaint alleges that plaintiff is a Delaware limited liability company with its principal place of business in the state of New Jersey and that defendant is an Illinois limited liability company with its principal place of business in the state of Illinois. So far, so good, but not good enough. Defendants are not corporations for the purpose of diversity jurisdiction (and for many other purposes); they are limited liability companies. The law in this Circuit is clear: citizenship for limited liability corporations is determined by the citizenship of its *members*. See, e.g., Johnson v. Columbia Properties Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006). The notice of removal is deficient in that it fails to identify the members of the respective LLCs, both plaintiff and defendant, and fails to allege the citizenship of these members.

Therefore, plaintiff is ordered to show cause in writing within ten (10) days of the filing of

1  this order why this action should not be dismissed lack of jurisdiction. If plaintiff can properly allege

2  the identities and citizenship of the members of each of these LLCs such that diversity is established,

3  it may amend the complaint to so show within the ten days.  If it cannot, the complaint will be

4  dismissed without prejudice to filing in the proper forum. If defendant wishes to file a response, it

5  may do so within twenty (20) days of the date of the filing of this order.

6          In the meantime, the court will issue its order on the motion to set aside entry of default.  If it

7  ultimately turns out that this court does not have jurisdiction, the question of default may be left for

8  another day and another forum.

9

10         IT IS SO ORDERED.

11

12  Date: February 24, 2010

                                                    _____
13                                                  MARILYN HALL PATEL
                                                    Judge, United States District Court
                                                    Northern District of California

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28