Ann K. Johnston, Esq. (SBN 145022)
Ted A. Smith, Esq. (SBN 159986)
BERGER KAHN
A Law Corporation
7200 Redwood Boulevard, Suite 325
Novato, CA 94945
Tel: (415) 899-1770 • Fax: (415) 899-1769

Attorneys for Defendant
FRIEDMAN & WEXLER, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BMW FINANCIAL SERVICES NA, LLC, a Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>FRIEDMAN & WEXLER, LLC, a Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:09-cv-4498 MHP<br><br>**STIPULATION AND ORDER TO VACATE DATE FOR CASE MANAGEMENT CONFERENCE AND SET NEW DATE** |

The parties through their counsel met and conferred in good faith, and believe they have reached agreement on the issues for the accelerated case management conference on March 22, 2010. The parties stipulate that the case management conference should be returned to May 17, 2010.

DATED: March 22, 2010    JEFFER, MANGELS, BUTLER
                                                 & MARMARO LLP

                                           By: /s/ Michael J. Hassen
                                                    MICHAEL J. HASSEN
                                                    Attorneys for Plaintiff
                                                    BMW FINANCIAL SERVICES NA, LLC

DATED: March 22, 2010  BERGER KAHN
A Law Corporation

By: /s/ Ted A. Smith
TED A. SMITH
Attorneys for Defendant
FRIEDMAN & WEXLER, LLC

## ORDER

Based on the stipulation of the parties, the court orders as follows:

1. The accelerated case management conference set for March 22, 2010 is vacated;

2. The next Case Management Conference is set for May 17, 2010 at 3:00 p.m.;

3. Joint Case Management Statement is due one week prior to the conference.

SO ORDERED.

DATED: 3/23, 2010.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*