1  Ann K. Johnston, Esq. (SBN 145022)
2  Ted A. Smith, Esq. (SBN 159986)
   BERGER KAHN
3  A Law Corporation
   7200 Redwood Boulevard, Suite 325
4  Novato, CA  94945
   Tel:  (415) 899-1770 • Fax: (415) 899-1769
5  
   Attorneys for Defendant
6  FRIEDMAN & WEXLER, LLC

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

| 12 | BMW FINANCIAL SERVICES NA, LLC, a Limited Liability Company, | ) ) ) | CASE NO. 3:09-cv-4498 MHP |
|---|---|---|---|
| 13 | | ) | **STIPULATION AND ORDER TO VACATE DATE FOR CASE MANAGEMENT CONFERENCE AND SET NEW DATE** |
| 14 | Plaintiffs, | ) ) | |
| 15 | vs. | ) ) | |
| 16 | FRIEDMAN & WEXLER, LLC, a Limited Liability Company, and DOES 1 through 50, inclusive, | ) ) ) | |
| 17 | | ) | |
| 18 | Defendants. | ) ) | |
| 19 | | ) | |

20      The parties through their counsel met and conferred in good faith, and
21  believe they have reached agreement on the issues for the accelerated case
22  management conference on March 22, 2010.  The parties stipulate that the case
23  management conference should be returned to May 17, 2010.

24  DATED: March 22, 2010           JEFFER, MANGELS, BUTLER
25                                         & MARMARO LLP

26                                  By:  /s/ Michael J. Hassen
27                                       MICHAEL J. HASSEN
                                         Attorneys for Plaintiff
28                                       BMW FINANCIAL SERVICES NA, LLC

---

1

Stipulation & Order to Vacate CMC & Set New Date        Case No. 3:09-cv-4498 MHP

1  DATED: March 22, 2010        BERGER KAHN
2                                A Law Corporation

3                          By:  /s/ Ted A. Smith
4                                TED A. SMITH
                                 Attorneys for Defendant
5                                FRIEDMAN & WEXLER, LLC

8                              **ORDER**

9  Based on the stipulation of the parties, the court orders as follows:

10  1.  The accelerated case management conference set for March 22, 2010
11  is vacated;

12  2.  The next Case Management Conference is set for May 17, 2010 at
13  3:00 p.m.;

14  3.  Joint Case Management Statement is due one week prior to the
15  conference.

16  SO ORDERED.

18  DATED: __3/23_____, 2010.

    IT IS SO ORDERED
    [Signature]
    Judge Marilyn H. Patel