JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:   (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Plaintiff BMW FINANCIAL SERVICES NA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMW FINANCIAL SERVICES NA, LLC, a Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FRIEDMAN & WEXLER, LLC, a Limited Liability Company, *et al.*,<br><br>Defendants. | CASE NO.     CV 09-4498 MHP<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL AFTER MEDIATION**<br><br>Date:     July 26, 2010<br>Time:    3:00 p.m.<br>Ctrm.:    15<br>Judge:   Hon. Marilyn Hall Patel |

Plaintiff BMW Financial Services NA, LLC and defendant Friedman & Wexler, LLC (collectively, "the Parties") hereby state as follows:

A further mediation session with Judge Garcia with a representative of defendant's insurance company personally attending with authority to enter into an agreement for settlement is currently scheduled for August 5, 2010.

Therefore, the Parties hereby stipulate to continue the Case Management Conference currently scheduled for July 26, 2010, until a date after the August 5, 2010 mediation.

PRINTED ON
RECYCLED PAPER

1021101v1

**STIP. & ORDER CONTINUING CMC**
**CV 09-4498 MHP**

| | | |
|---|---|---|
| DATED: July 20, 2010 | | JEFFER, MANGELS, BUTLER & MARMARO LLP<br>MICHAEL J. HASSEN<br>CHRISTOPHER H. DOYLE |

By: /s/ Michael J. Hassen
　　　MICHAEL J. HASSEN
Attorneys for Plaintiff BMW FINANCIAL SERVICES NA, LLC

DATED: July 20, 2010　　　　　　　BERGER KAHN
　　　　　　　　　　　　　　　　　TED A. SMITH

By: /s/ Ted A. Smith
　　　TED A. SMITH
Attorneys for Defendant FRIEDMAN & WEXLER, LLC

PRINTED ON RECYCLED PAPER

Jeffer Mangels Butler & Marmaro LLP

JMBM

# ORDER

Based on the stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 26, 2010, at 3:00 p.m., is hereby vacated. A further Case Management Conference shall be held on __August 30, 2010_____, at 3:00 p.m.

Dated: __July 21, 2010_____     _____
HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



- 3 -  **STIP. & ORDER CONTINUING CMC**
**CV 09-4498 MHP**

1021101v1