| | |
|---|---|
| 1 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| | MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com |
| 2 | CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com |
| | Two Embarcadero Center, Fifth Floor |
| 3 | San Francisco, California 94111-3824 |
| | Telephone:   (415) 398-8080 |
| 4 | Facsimile:   (415) 398-5584 |
| 5 | Attorneys for Plaintiff BMW FINANCIAL SERVICES NA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMW FINANCIAL SERVICES NA, LLC, a Limited Liability Company, | CASE NO.   CV 09-4498 MHP |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL AFTER MEDIATION** |
| v. | |
| FRIEDMAN & WEXLER, LLC, a Limited Liability Company, *et al.*, | Date:   July 26, 2010 |
| | Time:   3:00 p.m. |
| | Ctrm.:  15 |
| Defendants. | Judge:  Hon. Marilyn Hall Patel |

Plaintiff BMW Financial Services NA, LLC and defendant Friedman & Wexler, LLC (collectively, "the Parties") hereby state as follows:

A further mediation session with Judge Garcia with a representative of defendant's insurance company personally attending with authority to enter into an agreement for settlement is currently scheduled for August 5, 2010.

Therefore, the Parties hereby stipulate to continue the Case Management Conference currently scheduled for July 26, 2010, until a date after the August 5, 2010 mediation.

| | | |
|---|---|---|
| 1 | DATED: July 20, 2010 | JEFFER, MANGELS, BUTLER & MARMARO LLP |
| 2 | | MICHAEL J. HASSEN |
| | | CHRISTOPHER H. DOYLE |
| 3 | | |
| 4 | | By: /s/ Michael J. Hassen |
| 5 | | MICHAEL J. HASSEN |
| | | Attorneys for Plaintiff BMW FINANCIAL SERVICES NA, LLC |
| 6 | | |
| 7 | | |
| 8 | DATED: July 20, 2010 | BERGER KAHN |
| | | TED A. SMITH |
| 9 | | |
| 10 | | By: /s/ Ted A. Smith |
| 11 | | TED A. SMITH |
| | | Attorneys for Defendant FRIEDMAN & WEXLER, LLC |

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

1021101v1

- 2 -   **STIP. & ORDER CONTINUING CMC**
**CV 09-4498 MHP**

**ORDER**

Based on the stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for July 26, 2010, at 3:00 p.m., is hereby vacated. A further Case Management Conference shall be held on __August 30, 2010_____, at 3:00 p.m.

Dated: __July 21, 2010_____  

HON. MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE



1021101v1 - 3 - **STIP. & ORDER CONTINUING CMC**
**CV 09-4498 MHP**